UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Moore
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Judge Ruth E. Smith - Judge W. McGuire,
District Attorney - Robert T. Johnson
Assistant District Attorney Akane Fujiwara
Police Officers - Seargant Whelan
Officer Brannigan B., Officer James Whitlock
_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

12 CV 02137

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
MAR 21 2012
PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name  Kenneth Moore
              ID #  63951-054
              Current Institution  M.D.C. Brooklyn
              Address  80 29th Street, Brooklyn, New York 11232

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010                                         3

Defendant No. 1    Name  Ruth E. Smith                         Shield # _____
                   Where Currently Employed  Bronx County Supreme Court
                   Address  265 East 161st. Street, Bronx N.Y. 10451

Defendant No. 2    Name  W. McGuire                            Shield # _____
                   Where Currently Employed  Bronx County Supreme Court
                   Address  265 East 161st. Street, Bronx NY. 10451

Defendant No. 3    Name  Robert T. Johnson                     Shield # _____
                   Where Currently Employed  Bronx County District Atty. Office
                   Address  198 East 161st. Street, Bronx N.Y. 10451

Defendant No. 4    Name  Akane Fujiwara                        Shield # _____
                   Where Currently Employed  Bronx County District Atty. Office
                   Address  198 East 161st. Street, Bronx NY. 10451

Defendant No. 5    Name  Kevin Whelan                          Shield # 4468
                   Where Currently Employed  40th Precinct - Bronx-anti crime
                   Address  Bronx, NY

II.    **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?  NONE

B.    Where in the institution did the events giving rise to your claim(s) occur?  NONE

C.    What date and approximate time did the events giving rise to your claim(s) occur? _____
      June 9th, 2009

Rev. 05/2010                                4

## Attachments

### Page #4

Defendant # 6 → Brian Brannigan  SHIELD #30685
Defendant # 7 → James Whitlock  SHIELD #8687

### Page #5

<u>Who did what</u> → <u>Judge Ruth E. Smith</u> denied my motion to supress physical evidence obtained from the stop and search of the livery cab I was a passenger in. Judge Smith also "said she no longer wanted to have my case in her courtroom for trial". District Attorney <u>Robert T. Johnson</u> and Assistant D.A <u>Akane Fujiwara</u> decided to send the legal matter to federal court after my incarceration of over 13 months awaiting trial. (13 months time I'll recieve no time credit for under federal detention.) Lastly Judge <u>W. McGuire</u> dismissed my case for criminal possesion weapon in December 2010 without myself present at court. During which time I was detained at the metropoliton detention center detained for the very same accusation!!

D. **Facts:** I was a passenger in a livery cab that was pulled over, searched for supposedly speeding, upon the search of the vehicle weapons were in the vehicle and I was then arrested.

**What happened to you?**

**Who did what?** Police officers, Kevin Whelan, Brian Brannigan and James Whitlock pulled over the vehicle I was a passenger in for speeding. Illegally searched the car and arrested me and another passenger. And issued no traffic citation to the driver.

**Was anyone else involved?** No one else was involved.

**Who else saw what happened?** Joshua Moore → co-defendant and passenger in cab
Modou Sall → cab driver
Attorney Martin Galvin → for Kenneth Moore
Attorney Anna Simm → for Joshua Moore

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Due to the circumstances mentioned I am greatly depressed, I'm taking medication for depression. I'm suffering from mental anguish, post traumatic stress disorder and depression.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Rikers Island and MDC Brooklyn

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___   No ___   Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve? NONE

2. What was the result, if any? NONE

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. NONE

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

_I did not file a grievance because I felt it would not cover my current issues._

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

    _I did not inform anyone._

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    _No administrative remedy applies to my circumstances._

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _I Plantiff Mr. Kenneth Moore am seeking monetary compensation from each individual mentioned for the amount of $2 million dollars per defendant-individual for the violation of my 4th amendment rights, malicious prosecution which has caused me a great deal of stress. I am also seeking monetary compensation for each day I was detained (incarcerated) in a pre-trial holding facility._

VI. **Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 7th day of March, 2012.

        Signature of Plaintiff  Kenneth Moore
        Inmate Number  63951-054
        Institution Address  M.D.C. Brooklyn
        80. 29th Street
        Brooklyn, NY. 11232

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 7th day of March, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

        Signature of Plaintiff: Kenneth Moore