UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Kenneth Moore__

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__City of New York__
__Police Officer Sgt. Kevin Whelan__
__Police Officer Brian Brannigan__
__Police Officer James Whitlock__

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-12

AMENDED
COMPLAINT
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☒ Yes  ☐ No
(check one)

12 Civ. 2137 (AJN)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's  Name __Kenneth Moore__
ID# __63951-054__
Current Institution __FCI Beckley__
Address __P.O. Box 350, Beaver West Virginia__
__Zip Code - 25813__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name __Kevin Whelan__ Shield # __4468__
Where Currently Employed __40th PCT - Bronx Anti-Crime__
Address __830 Washington Ave.__
__Bronx, N.Y. 10452__

Rev. 01/2010                                    1

Defendant No. 2    Name Brian Brannigan                    Shield # 30685
                   Where Currently Employed 40th PCT - Bronx ANTI crime
                   Address 830 WAShington Ave.
                   Bronx, NY. 10452

Defendant No. 3    Name James Whitlock                      Shield # 8687
                   Where Currently Employed Bronx 40th PCT - Bronx Anti-crim
                   Address 830 Washington Ave.
                   Bronx, NY. 10452

<div style="float:left">Who did what?</div>

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

II.    **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
      NONE

B.    Where in the institution did the events giving rise to your claim(s) occur?
      NONE

C.    What date and approximate time did the events giving rise to your claim(s) occur?
      June 9th 2009.

<div style="float:left">What happened to you?</div>

D.    Facts: On June 9th 2009, I Kenneth Moore was a passenger of a livery cab traveling from manhattan to the Bronx. The cab I was traveling in was pulled over for allegedly speeding and a series of other

Rev. 01/2010                                    2

> traffic violations that never occured. However I was pulled from the vehicle, searched and arrested for a firearm which officers, Whelan, Brannigan & Whitlock obtained from under the drivers seat of the livery cab. I was arrested and detained from June 9th 2009 until July 6th 2010 (at which date I posted bail) I was then taken into federal custody on October 4th 2010. On June 28th 2011 a supression hearing was held in federal court regarding the traffic stop and on December 19th 2011 the matter was dismissed - violation of 4th amendment right.
> Joshua Moore - passenger of livery cab.

**Was anyone else involved?**

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

> I am currently prescribed psychiatric medications for depression, anxiety. Im dealing with a number of mental issues stemming from the events that occured on June 9th 2009. I am also suffering from mental anguish and post traumatic stress disorder from being detained in New York City Jail (Rikers Island) for 12 1/2 months due to the above incident.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ~~☒~~    No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve?
NONE

2. What was the result, if any?
~~NONE~~

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
NONE

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
Grievance does not pertain to my issue.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am seeking monetary compensation in the amount of $1 million per defendant $1 million from the city of New York police Dept for violating my 4th amendment rights. I also ask that the court compensate me for each day I was detained in city corrections for such matter June 9th 2009 - July 6th 2010.

_____
_____
_____
_____

**VI.    Previous lawsuits:**

| On these claims |

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓____

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____
   _____
   ____3.   Docket or Index number _____
   ____4.   Name of Judge assigned to your case _____
   5.   Approximate date of filing lawsuit _____
   6.   Is the case still pending? Yes ____ No ____
        If NO, give the approximate date of disposition_____
   7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

| On other claims |

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2.   Court (if federal court, name the district; if state court, name the county) _____
   ____3.   Docket or Index number _____
   ____4.   Name of Judge assigned to your case _____
   5.   Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 20th day of September, 2012.

Signature of Plaintiff  Kenneth Moore
Inmate Number  # 63951-054
Institution Address  FCI Beckley
Federal correctional institution
P.O. BOX 350
Beaver, WV. 25813

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 20th day of September, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  Kenneth Moore

RECEIVED
SDNY PRO SE OFFICE
2012 NOV 20 AM 11:47

USPS

⇔63951-054⇔
Us District Court
Southern District of n.y
500 Pearl ST
NEW YORK, NY 10007
United States